**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Stefanie A. Cerrone (ID No. 444382023)
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
stefanie.cerrone@troutman.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARTA OLIVIA SCAVONE and MICHAEL SCAVONE, HER HUSBAND,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>*Defendant*. | CIVIL ACTION NO. 2:24-cv-10800-SDW-AME<br><br>(Filed Electronically)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, Defendant Anthem Insurance Companies, Inc. d/b/a Anthem Blue Cross and Blue Shield ("Anthem" or "Defendant") by and through their attorneys, Troutman Pepper Hamilton Sanders LLP, will move before the Honorable Susan D. Wigenton of the United States District Court for the District of New Jersey, at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07101 for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Defendant will rely upon the accompanying Memorandum of Law, the Declaration of Stefanie Cerrone, the Declaration of Shade Oluwasanmi, and all other pleadings on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order and a Certification attesting to the date and manner of service are submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is only requested if Defendant's Motion is opposed.

Dated:   New York, New York.
         December 18, 2024           Respectfully submitted,

                                     **TROUTMAN PEPPER**
                                     **HAMILTON SANDERS LLP**

                                     By: */s/ Stefanie A. Cerrone*
                                           Stefanie A. Cerrone