**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Stefanie A. Cerrone (ID No. 444382023)
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
stefanie.cerrone@troutman.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARTA OLIVIA SCAVONE and MICHAEL SCAVONE, HER HUSBAND,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>*Defendant*. | CIVIL ACTION NO. 2:24-cv-10800-SDW-AME |

# DECLARATION OF STEFANIE A. CERRONE IN SUPPORT OF DEFENDANT ANTHEM INSURANCE COMPANIES, INC.'S MOTION TO DISMISS THE COMPLAINT

Stefanie A. Cerrone, under the penalty of perjury, certifies the following to be true and correct:

1. I am an Associate with Troutman Pepper Hamilton Sanders LLP, attorneys for Defendant Anthem Insurance Companies, Inc. d/b/a Anthem Blue Cross and Blue Shield ("Defendant" or "Anthem"). I submit this Certification and

the materials attached hereto in support of Anthem's Motion to Dismiss the Complaint.

2. Attached as **Exhibit A** is a true and correct copy of the Complaint, filed by Plaintiffs on October 28, 2024.

Dated:  December 18, 2024
        New York, New York          **TROUTMAN PEPPER**
                                    **HAMILTON SANDERS LLP**

                                    By:  */s/ Stefanie A. Cerrone*
                                             Stefanie A. Cerrone

                                    *Attorneys for Defendant*