Exhibit A

Friend & Wenzel, LLC
975 Clifton Avenue
Clifton, New Jersey 07013
Email: Jerry@friendwenzel.com
Attorney ID: 233191966
Phone: 973-779-4290
Attorney for Marta Olivia Scavone
And Michael Scavone, Her Husband

|  |  |
|---|---|
| MARTA OLIVIA SCAVONE and<br>MICHAEL SCAVONE, HER HUSBAND<br><br>PLAINTIFFS<br>Vs.<br><br>ANTHEM BLUE CROSS and<br>BLUE SHIELD<br>DEFENDANT | ) SUPERIOR COURT OF NEW JERSEY<br>) PASSAIC COUNTY<br>) LAW DIVISION<br>) SPECIAL CIVIL PART<br>)<br>)<br>)    DOCKET NO.<br>)<br>)    CIVIL ACTION<br>)<br>)    COMPLAINT<br>) |

Plaintiffs residing  at 24 Kevin Place, Wayne, New Jersey, complaining of the

Defendant says:

1.  Plaintiff Michael Scavone is an employee of Verizon Communications.

2.  Plaintiff Michael Scavone has health insurance in accordance with his

    employment for his family, to include his wife, Marta Olivia Scavone.

3.  On March 27, 2024, the Plaintiff Marta Olivia Scavone was advised by her

    cardiologist to have a defibrillator monitor for a period of Ninety (90) days in

    order to determine if a defibrillator implant would be required.

4.  The defendant Anthem Blue Cross and Blue Shield denied  the coverage for

    same, saying it was not medically necessary, contrary to the instructions of

the doctor caring for the Plaintiff, Marta Olivia Scavone, who said it was a medical necessity.

5. As a result, the Plaintiff, Marta Olivia Scavone and Michael Scavone, her husband, were required to pay for same at a cost of $15,000.00.

WHEREFORE, Plaintiffs Marta Olivia Scavone and Michael Scavone, her husband, demand Judgement against the Defendant, Anthem Blue Cross and Blue Shield for the amount of Fifteen Thousand ($15,000.00) Dollars together with Legal Fees and cost of Suit.

FRIEND & WENZEL,  LLC
Attorneys for Plaintiffs

By

Gerald G. Friend
For the Firm

Dated: October 25, 2024

## DESIGNATION OF TRIAL COUNSEL

Gerald G. Friend, Esq., is hereby designated as trial counsel on behalf of Plaintiff.

FRIEND & WENZEL,  LLC
Attorneys for Plaintiffs

By

Gerald G. Friend
For the Firm

Dated: October 25, 2024

## CERTIFICATION PURSUANT TO R.4:5-1

The undersigned hereby certifies, upon information and belief, that the matter in controversy is not the subject of any other action pending in any court or arbitration proceeding, there is no other action or arbitration proceedings contemplated, and there are no other parties who should be joined in this action.

FRIEND & WENZEL,  LLC
Attorneys for Plaintiffs

By _____
Gerald G. Friend
For the Firm

Dated: October 25, 2024

SCAVONE MARTA AND MICHAEL/COMPLAINT

| Court's Address and Phone Number: | Superior Court of New Jersey |
|---|---|
| Law Division ____ Special Civil Part | Law Division, Special Civil Part |
| 77 Hamilton Street | Passaic _____ County |
| Floor 1 | Docket No: DC _____ |
| Paterson, New Jersey 07505 | |
| Telephone No. 973-653-2910 ext.24260 | **Civil Action** |
| | **Summons** |
| | Check one  ☒ Contract |
| | ☐ Tort |

## YOU ARE BEING SUED!

| Person or Business Suing You (*Plaintiff*) | Person or Business Being Sued (*Defendant*) |
|---|---|
| Marta Olivia Scavone and | Anthem Blue Cross and Blue Shield |
| Michael Scavone, her husband | P.O. Box 11810 |
| | Albany, New York 12211 |
| (See the following page(s) for additional plaintiffs) | (See the following page(s) for additional defendants) |
| **Plaintiff's Attorney Information** | **The Person or Business Suing You Claims You Owe the Following:** |
| Gerald G. Friend, Esq. | |
| Friend & Wenzel, LLC | |
| 975 Clifton Avenue | |
| Clifton, New Jersey 07013 | |

| The Person or Business Suing You Claims You Owe the Following: | |
|---|---|
| Demand Amount | $ 15,000.00 |
| Filing Fee | $ |
| Service Fee | $ |
| Attorney's Fees | $ |
| **TOTAL** | $ 15,000.00 |

### FOR JUDICIARY USE ONLY

In the attached complaint, the person or business suing you briefly tells the court their version of the facts of the case and how much money he or she claims you owe. **If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. You have 35 days from the date of service to file your answer or a signed agreement.** If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment. The judgment is valid for 20 years.

**IF YOU DISAGREE** WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE _____, OR THE COURT MAY RULE AGAINST YOU.

**IF YOU <u>DISAGREE</u> WITH THE PLAINTIFF, YOU MUST DO <u>ONE OR BOTH</u> OF THE FOLLOWING:**

1. *Answer the complaint.* An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Offices or on the Judiciary's Internet site njcourts.gov. If you decide to file an answer to the complaint made against you:

- Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: *Treasurer, State of New Jersey*. Include *DC* _____ (your Docket Number) on the check.
- Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
- Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney. If the plaintiff does not have an attorney, send your completed answer form to the plaintiff by regular and certified mail. This MUST be done at the same time you file your Answer with the court on or before _____.

2. *Resolve the dispute.* Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute. The plaintiff may agree to accept payment arrangements. If you reach an agreement, mail or hand deliver the **SIGNED** agreement to the court's address listed above on or before _____.

**Please Note - You may wish to get an attorney to represent you.** If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at 973-523-2900_____. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at 973-345-4585_____. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

/s/ Name    Michelle M. Smith_____
            Clerk of the Superior Court

| Dirección y teléfono del tribunal: Parte Civil Especial de _____ _____ _____ _____ Número de teléfono: _____ | **El Tribunal Superior de Nueva Jersey División de Derecho, Parte Civil Especial** Condado de _____ Número del expediente: DC _____ **Demanda de Acción Civil Notificación de Demanda** **Marque si es** ☐ **Contrato** ☐ **Ilícito Civil** |
|---|---|

### ¡LE ESTÁN DEMANDANDO!

| **Persona o entidad comercial que le está demandando** (*el demandante*) El Demandante: Consigne la información al dorso. (Vea en la(s) página(s) siguiente(s) los demandantes adicionales) **Información sobre el abogado del demandante** El Demandante: Consigne al dorso la información sobre el abogado del demandante. | **Persona o entidad comercial que está siendo demandada** (*el demandado*) El Demandante: Consigne la información al dorso. (Vea en la(s) página(s) siguiente(s) los demandados adicionales) **La persona o entidad comercial que le está demandando afirma que usted le debe lo siguiente:** |
|---|---|

| | |
|---|---|
| Cantidad a la vista | $XXXXXXX |
| Tasa judicial | $XXXXXXX |
| Cargo del emplazamiento | $XXXXXXX |
| Honorarios del abogado | $XXXXXXX |
| **TOTAL** | $XXXXXXX |

### PARA USO EXCLUSIVO DEL PODER JUDICIAL

En la demanda adjunta la persona o entidad comercial que le está demandando le informa brevemente al juez su versión de los hechos de la causa y la suma de dinero que afirma que usted le debe.  **Si usted no responde a la demanda, puede perder la causa automáticamente y el juez puede dar al demandante lo que está pidiendo más intereses y los costos legales.  Usted tiene 35 días a partir de la fecha del emplazamiento para presentar su respuesta o un acuerdo firmado.**  Si se dicta un fallo en su contra, un Oficial de la Parte Civil Especial puede embargar su dinero, sueldo o sus bienes muebles (personales) para pagar todo el fallo o una parte del mismo.  El fallo es válido por 20 años.

<u>SI USTED NO ESTÁ DE ACUERDO</u> CON LAS ALEGACIONES DEL DEMANDANTE, EL TRIBUNAL TIENE QUE RECIBIR UNA RESPUESTA POR ESCRITO O UN ACUERDO FIRMADO PARA EL _____, O ANTES DE ESA



| | |
|---|---|
| Court's Address and Phone Number:<br>PASSAIC Special Civil Part<br>77 HAMILTON STREET, FIRST FLOOR<br>PATERSON, NJ 07505-0000<br><br>973-653-2910 ext.24260 | **Superior Court of New Jersey**<br>**Law Division, Special Civil Part**<br>**PASSAIC** County<br>Docket No: **PAS-DC-016626-24**<br>**Civil Action**<br>**CONTRACT DISPUTE** |

<div align="center">

## YOU ARE BEING SUED!

</div>

| **Person or Business Suing You (*Plaintiff*)**<br>MARTA O SCAVONE<br>See Page 3 for additional Plaintiff list | **Person or Business Being Sued (*Defendant*)**<br>Anthem Blue Cross/Blue Shield |
|---|---|

| **Plaintiff's Attorney Information**<br>GERALD G FRIEND<br>FRIEND & WENZEL LLC<br>975 CLIFTON AVE<br>CLIFTON, NJ 07013-0000<br>973-779-4290 | **The Person or Business Suing You Claims You Owe the Following:** |
|---|---|

| | |
|---|---|
| Demand Amount | $15000.00 |
| Filing Fee | $75.00 |
| Service Fee | $7.00 |
| Attorney's Fees | $0.00 |
| **TOTAL** | **$15082.00** |

<div style="background:black;color:white">

### FOR JUDICIARY USE ONLY

</div>

In the attached complaint, the person or business suing you briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. **If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. You have 35 days from the date of service to file your answer or a signed agreement.** If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment. The judgment is valid for 20 years.

**IF YOU DISAGREE WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE 12/09/2024, OR THE COURT MAY RULE AGAINST YOU. IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DO ONE OR BOTH OF THE FOLLOWING:**

1. ***Answer the complaint***. An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Offices or on the Judiciary's Internet site njcourts.gov under the section for Forms. If you decide to file an answer to the complaint made against you:
   - Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: ***Treasurer, State of New Jersey.*** Include **PAS-DC-016626-24** (your Docket Number) on the check.
   - Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
   - Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney. If the plaintiff does not have an attorney, send your completed answer to the plaintiff by regular and certified mail. This MUST be done at the same time you file your Answer with the court on or before **12/09/2024**.

   **Please Note – If you file an Answer your case will be sent to a settlor to try to resolve your case prior to trial.**

2. ***Resolve the dispute.*** Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute. The plaintiff may agree to accept payment arrangements. If you reach an agreement, mail or hand deliver the **SIGNED** agreement to the court's address listed above on or before **12/09/2024**.

**Please Note - You may wish to get an attorney to represent you.** If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at 973-523-2900. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at 973-278-9223. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

<div align="right">

**/s/ Michelle M. Smith**

Clerk of the Superior Court

</div>



| Dirección y teléfono del tribunal<br>Parte Civil Especial de PASSAIC<br>77 HAMILTON STREET, FIRST FLOOR<br>PATERSON, NJ 07505-0000<br>973-653-2910 ext.24260 | **El Tribunal Superior de Nueva Jersey**<br>**División de Derecho, Parte Civil Especial**<br>Condado de **PASSAIC**<br>Número del expediente **PAS-DC-016626-24**<br>**Demanda de Acción Civil**<br>NOTIFICACIÓN DE DEMANDA<br>**CONTRACT DISPUTE** |
|---|---|

## ¡LE ESTÁN DEMANDANDO!

| **Persona o entidad comercial que le está demandando** *(el demandante)* | **Persona o comercial ser demandada** *(el demandado)* |
|---|---|
| MARTA O SCAVONE<br>See Page 3 for additional Plaintiff list<br>**Información sobre el abogado del demandante**<br>GERALD G FRIEND<br>FRIEND & WENZEL LLC<br>975 CLIFTON AVE<br>CLIFTON, NJ 07013-0000<br>973-779-4290 | Anthem Blue Cross/Blue Shield<br><br>**La persona o comercial que le está demandando afirma que usted le debe lo siguiente:** |

| | |
|---|---|
| Cantidad a la vista | $15000.00 |
| Tasa judicial | $75.00 |
| Cargo del emplazamiento | $7.00 |
| Honorarios del abogado | $0.00 |
| **TOTAL** | **$15082.00** |

### PARA USO EXCLUSIVO DEL PODER JUDICIAL

En la demanda adjunta la persona o entidad comercial que le está demandando le informa brevemente al juez su versión de los hechos de la causa y la suma de dinero que afirma que usted le debe. **Si usted no responde a la demanda puede perder la causa automáticamente y el juez puede dar al demandante lo que está pidiendo más intereses y los costos legales. Usted tiene 35 días a partir de la fecha del emplazamiento para presentar su respuesta o un acuerdo firmado.** Si se dicta un fallo en su contra, un Oficial de la Parte Civil Especial puede embargar su dinero, sueldo o sus bienes muebles (personales) para pagar todo el fallo o una parte del mismo. El fallo es válido por 20 años.

**SI USTED NO ESTÁ DE ACUERDO CON LAS ALEGACIONES DEL DEMANDANTE, EL TRIBUNAL TIENE QUE RECIBIR UNA RESPUESTA POR ESCRITO O UN ACUERDO FIRMADO PARA EL 12/09/2024 O ANTES DE ESA FECHA, O EL JUEZ PUEDE EMITIR UN FALLO EN SU CONTRA. SI USTED <u>NO ESTÁ DE ACUERDO</u> CON EL DEMANDANTE, DEBE HACER <u>UNA</u> DE LAS SIGUIENTES COSAS <u>O LAS DOS</u>:**

1. *Responder a la demanda*. Un formulario de respuesta que le explicará cómo responder a la demanda está disponible en cualquiera de las Oficinas de la Parte Civil Especial de Nueva Jersey o en el sitio Internet del Poder Judicial njcourts.gov bajo la sección de formularios (Forms). Si usted decide presentar una respuesta a la demanda que se hizo en su contra:

   - Llene el formulario de Respuesta Y pague la tasa judicial de presentación que corresponda mediante un cheque o giro bancario o postal acreditable al: "***Treasurer, State of New Jersey***" (Tesorero del Estado de Nueva Jersey). Incluya **PAS-DC-016626-24** (el número de su expediente) en el cheque.
   - Envíe por correo el formulario de Repuesta llenado y el cheque o giro bancario o postal a la dirección del tribunal que figura más arriba, o entréguelos personalmente en dicha dirección.
   - Entregue personalmente o envíe por correo común una copia del formulario de Repuesta llenado al abogado del demandante. Si el demandante no tiene abogado, envíe su formulario de respuesta llenado al demandante por correo común y por correo certificado. Esto SE TIENE que hacer al mismo tiempo que presente su Respuesta al tribunal a más tardar el **12/09/2024.**

   **Por favor tenga en cuenta que si usted presenta una Respuesta, su causa se enviará a un fideicomitente para tratar de resolver la causa antes del juicio.**

2. *Resolver la disputa.* Comuníquese con el abogado del demandante, o con el demandante si éste no tiene abogado, para resolver esta disputa. El demandante puede estar de acuerdo con aceptar arreglos de pago. **Si llegara a un acuerdo, envíe por correo o entregar personalmente el acuerdo FIRMADO** a la dirección del tribunal que figura más arriba, o entréguelo personalmente en dicha dirección a más tardar el **12/09/2024.**

**Nota - Puede que usted quiera conseguir que un abogado para que lo represente.** Si usted no puede pagar a un abogado, podría obtener consejos legales gratuitos si se comunica con Legal Services (Servicios Legales) llamando al 973-523-2900. Si usted puede pagar a un abogado, pero no conoce a ninguno, puede llamar al Lawyer Referral Services (Servicios de Recomendación de Abogados) del Colegio de Abogados (Bar Association) de su condado local al 973-278-9223. Notifique al tribunal ahora si usted necesita un intérprete o un arreglo por una discapacidad para cualquier comparecencia futura en el tribunal.

**/s/ Michelle M. Smith**

Subsecretario(a) del Tribunal Superior



| Court's Address and Phone Number:<br>PASSAIC Special Civil Part<br>77 HAMILTON STREET, FIRST FLOOR<br>PATERSON, NJ 07505-0000<br><br>973-653-2910 ext.24260 | **Superior Court of New Jersey**<br>**Law Division, Special Civil Part**<br>**PASSAIC** County<br>Docket No: **PAS-DC-016626-24**<br>**Civil Action**<br>**SUMMONS**<br>**CONTRACT DISPUTE** |
|---|---|
| **Additional Plaintiffs/demandantes adicionales**<br>Michael Scavone | **Additional Defendants/demandados adicionales** |