# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARTA OLIVIA SCAVONE and MICHAEL SCAVONE, HER HUSBAND,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANTHEM BLUE CROSS and BLUE SHIELD,<br><br>*Defendant*. | CIVIL ACTION NO: 2:24-cv-10800-SDW-AME<br><br>(Filed Electronically) |

### DECLARATION OF SHADE OLUWASANMI IN SUPPORT OF DEFENDANT ANTHEM INSURANCE COMPANIES, INC.'S MOTION TO DISMISS THE COMPLAINT

I, SHADE OLUWASANMI, under the penalty of perjury, certify the following to be true and correct:

1. I am employed by Anthem Insurance Companies, Inc. ("Anthem") as a Legal Specialist. My responsibilities include, among other things, gathering health plan documents, reviewing claim payment records, and assisting with litigation involving Anthem. I am authorized to make this Declaration on Anthem's behalf.

2. Unless otherwise stated herein, this Declaration is made based upon my review of Anthem's business records and other documents.

3. As part of my duties and responsibilities, I have access to, and review, business records maintained by Anthem in the regular course of business. I have read the Complaint and so I am familiar with the matters set forth in this Declaration.

4. Attached as **Exhibit "A"** is a true and correct copy of Verizon's Medical Benefits Summary Plan Description for Management Employees (the "Plan"). Based on the allegations plead in the Complaint, I have reviewed and confirmed that the Plan is the relevant health benefits plan for Marta Olivia Scavone and Michael Scavone.

5. Based on my review of the attached health benefits Plan and Anthem's records, I can confirm that the Plan is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA").

Dated: December 13, 2024
New York, NY

Shade Oluwasanmi
Digitally signed by Shade Oluwasanmi
Date: 2024.12.13 10:32:47 -05'00'

SHADE OLUWASANMI