UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARTA OLIVIA SCAVONE and MICHAEL SCAVONE, her husband,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>*Defendant*. | Civil Action No. 2:24-cv-10800-SDW-AME |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that all claims asserted by Plaintiffs Marta Olivia Scavone and Michael Scavone against Defendant Anthem Blue Cross and Blue Shield in this action shall be and hereby are dismissed **without prejudice** and without an award of attorneys' fees, costs, or expenses to any party.

Dated:  January 23, 2025

 /s/ Richard W. Hawkins                          /s/ Stefanie A. Cerrone                     
Richard W. Hawkins, Esq. (NJ Bar ID No. 176202018)
FRIEND & WENZEL LLC
975 Clifton Avenue
Clifton, NJ 07013
Telephone: (973) 779-4290
richard@friendwenzel.com

*Attorneys for Plaintiffs Marta Olivia Scavone and Michael Scavone*

Stefanie A/ Cerrone, Esq. (NJ Bar ID No. 444382023)
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6221
stefanie.cerrone@troutman.com

*Attorneys for Defendant Anthem Blue Cross and Blue Shield*

307279305v1